# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

BRENTON MASEKELA DUNCAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2323

———————————————

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Brenton Masekela Duncan, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.